**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE GUADALUPE MARTINEZ RIZO,<br>Petitioner,<br>v.<br>ADELANTO ICE PROCESSING CENTER WARDEN,<br>Respondent. | Case No. 5:26-cv-03245-SPG-AJR<br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition (ECF No. 1), Respondents' Answer (ECF No. 10), and the Report and Recommendation of the United States Magistrate Judge (ECF No. 22). No party has filed objections to the Report and Recommendation, and the deadline to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 22);
2. The Petition is GRANTED;
3. Within seven days of this Order, Respondents are ordered to either (1) provide Petitioner Jose Guadalupe Martinez Rizo (A# 246-059-899) ("Petitioner") with

a bond hearing pursuant to the injunction in *Rodriguez v. Robbins*, 715 F.3d 1127, 1131 (9th Cir. 2013), at which the Government bears the burden of proof by clear and convincing evidence to show that Petitioner is a danger to the community and/or a flight risk that cannot be mitigated by conditions of release including, but not limited to, electronic monitoring, or (2) release Petitioner from custody if such bond hearing is not timely provided (except that if Petitioner requests a delay, then the hearing may be provided beyond the seven-day deadline and Respondents shall grant any reasonable request for delay);

4. Respondents shall file a notice of compliance within three days of the bond hearing; and
5. Judgment is to be entered accordingly.

DATED: October 6, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE