**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOSE GUADALUPE MARTINEZ RIZO,

Petitioner,

v.

ADELANTO ICE PROCESSING CENTER WARDEN,

Respondent.

Case No. 5:26-cv-03245-SPG-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for a Writ of Habeas Corpus, filed at ECF No. 1, is GRANTED. Respondents are ORDERED to, within seven days, either (1) provide Petitioner Jose Guadalupe Martinez Rizo (A# 246-059-899) ("Petitioner") with a bond hearing pursuant to the injunction in *Rodriguez v. Robbins*, 715 F.3d 1127, 1131 (9th Cir. 2013), at which the Government bears the burden of proof by clear and convincing evidence to show that Petitioner is a danger to the community and/or a flight risk that cannot be mitigated by conditions of release including, but not limited to, electronic monitoring, or (2) release Petitioner from custody if such bond hearing is not timely

provided (except that if Petitioner requests a delay, then the hearing may be provided beyond the seven-day deadline and Respondents shall grant any reasonable request for delay). Respondents are further ORDERED to file a notice of compliance within three days of the bond hearing.

**IT IS SO ORDERED.**

DATED: October 6, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE